# IN THE SUPREME COURT OF THE STATE OF NEVADA

RAMSES ANTONIO ESCOBAR, A/K/A
RAMSES REYES,
          Appellant,
vs.
THE STATE OF NEVADA,
          Respondent.

No. 76949

FILED

OCT 05 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion to withdraw counsel and denying a motion for production of documents, papers, pleadings, and tangible property of defendant. Eighth Judicial District Court, Clark County; Michael Villani, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Michael Villani, District Judge
       Ramses Antonio Escobar
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

18-39114